[840 NE2d 113, 806 NYS2d 144]

In the Matter of KIRK V., a Child Alleged to be Neglected. PROVIDENCIA V. et al., Respondents; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES, Appellant.

Decided October 25, 2005

841

**APPEARANCES OF COUNSEL**

*Michael A. Cardozo, Corporation Counsel*, New York City (*Suzanne K. Colt* of counsel), for appellant.

*Lansner & Kubitschek*, New York City (*Carolyn A. Kubitschek* of counsel), for Providencia V., respondent.

*Wendy Abels*, New York City, for Ricardo V., respondent.

*Wolf, Block, Schorr and Solis-Cohen LLP*, New York City (*Kenneth G. Roberts* and *Jill L. Mandell* of counsel), for Lawyers for Children, Inc., *Law Guardian*.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be reversed, without costs, and the matter remitted to that Court for consideration of the appeal.

The incarceration of respondent parents' older son was not a change in circumstances rendering the appeal from the dis-

missal of the neglect petition moot. Where "a judicial determination carries immediate, practical consequences for the parties, the controversy is not moot" (*Saratoga County Chamber of Commerce v Pataki*, 100 NY2d 801, 812 [2003]). The older child's incarceration did not affect the issue underlying the neglect petition—respondent parents' alleged failure to protect the younger child. The outcome of the neglect petition carries potential consequences for respondent parents as well as the younger child (*see e.g. Matter of Alijah C.*, 1 NY3d 375 [2004]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, etc.